# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN STRAIT,** | ) |
| | ) |
| **Plaintiff,** | ) CIVIL ACTION NO.: 1:22-cv-1960-YK |
| | ) |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| **RITCHIE BROS. AUCTIONEERS** | ) |
| **(AMERICA), INC.,** | ) |
| | ) ELECTRONICALLY FILED |
| **Defendant.** | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Brian Strait, and Defendant, Ritchie Bros. Auctioneers (America), Inc., by and through their respective undersigned counsel, hereby stipulate that based upon the settlement reached by Plaintiff and Defendant in the above-captioned action, and pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, all claims shall be dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and disbursements.

Respectfully submitted,

**WEISBERG CUMMINGS, P.C.**

Dated: July 20, 2023

*/s/ Steve T. Mahan*
Steve T. Mahan (PA 313550)
smahan@weisbergcummings.com
2704 Commerce Drive, Suite B
Harrisburg, PA 17110
(717) 238-5707
(717) 233-8133 (Fax)

1

*Counsel for Plaintiff*

**DORSEY & WHITNEY, LLP**

Dated: <u>July 20, 2023</u>        <u>*/s/ Marina M. Lyons*</u>
　　　　　　　　　　　　　　　Marina M. Lyons (WA 49127)
　　　　　　　　　　　　　　　Columbia Center
　　　　　　　　　　　　　　　701 Fifth Avenue, Suite 6100
　　　　　　　　　　　　　　　Seattle, WA 98104-7043

　　　　　　　　　　　　　　　*Counsel for Defendant*